Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Dissenting: CRANE and ANDREWS, JJ.

---

ROSE J. JAKED, an Infant, by GEORGE JAKED, Her Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF ALBANY, Appellant.

*Negligence — municipal corporations — schools — board of education — liability for injury to child while swinging on iron gate at entrance to school.*

*Jaked* v. *Board of Education, City of Albany*, 198 App. Div. 113, affirmed.

(Argued October 20, 1922; decided November 21, 1922.)

APPEAL from a judgment entered July 19, 1921, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint and reinstated said verdict. Plaintiff, a child seven years of age, was injured while swinging on an iron gate at the entrance of a school building in the city of Albany. The complaint alleged that the gates in question were permitted to be swung back and forth and attracted children thereon, and that defendant negligently and knowingly permitted the gates to remain without a device to lock them back when open, and negligently and knowingly permitted the children attending the school to swing on the gates, and negligently and knowingly permitted the entrance to be used by the school children while knowing said gates to be in the condition aforesaid. The Appellate Division held that the board of education was responsible for neglect to keep the gates in proper repair and that there was evidence sufficient to sustain the verdict.

*Gilbert V. Schenck*, Corporation Counsel (*Leopold Minkin* and *John J. McManus* of counsel), for appellant.

*Thomas H. Lee* and *Henry J. Crawford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

The People of the State of New York, Respondent, v. Samuel Peluso, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 23, 1922; decided November 21, 1922.)

Appeal from a judgment of the Queens County Court, rendered April 1, 1921, at a Trial Term for the county of Queens, upon a judgment convicting the defendant of the crime of murder in the first degree.

*Peter P. Smith, Stanley C. Fowler, Joseph G. Finklestein* and *Richard J. Barry* for appellant.

*Dana Wallace, District Attorney (Joseph Lonardo* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

Harry Lipshitz, as Administrator of the Estate of Sarah Lipshitz, Deceased, Respondent, v. Richard Fitzpatrick, Inc., Appellant, Impleaded with Another.

*Negligence — master and servant — when general employer of chauffeur liable for accident arising while truck was rented to another.*

*Lipshitz v. Fitzpatrick, Inc.*, 196 App. Div. 940, affirmed.

(Argued October 24, 1922; decided November 21, 1922.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The deceased was struck and killed by a motor truck. The evidence in support of the plaintiff's cause of action is to the effect that the deceased was standing on the sidewalk when she was struck and thrown